WILLIAM A. JAMISON et al., Respondents, *v.* THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.

*Insurance — action to recover upon policy of marine insurance.*

*Jamison* v. *Globe &* `Rutgers F. Ins. Co.,* 208 App. Div. 843, affirmed. (Argued December 17, 1924; decided January 21, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 30, 1924, unanimously affirming a judgment in favor of plaintiffs entered upon a verdict. The action was to recover upon a policy of marine insurance. The complaint alleged that plaintiffs, owners of a tug, insured it with defendants against perils of the sea and that while the policy was in force the tug was wrecked and sunk, becoming a total loss; that plaintiffs performed all of the conditions of the policy, gave notice and filed proofs of loss but that defendant had failed to pay the amount thereof although duly demanded. The answer denied knowledge or information as to the ownership of the tug, or as to the injury to and loss thereof; denied payment of the premium; denied performance of the policy by the plaintiffs; denied notice of loss and denied filing of proof of claim.

*Frank C. Laughlin* and *T. Catesby Jones* for appellant.

*Herbert Barry, Archibald G. Thacher* and *James K. Symmers* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.

---

PAUL MEYER, Respondent, *v.* WOODWARD-BROWN REALTY COMPANY, Appellant.

*Contract — action to recover for alleged breach of contract for construction of building.*

*Meyer* v. *Woodward-Brown Realty Co.,* 209 App. Div. 548, affirmed. (Submitted December 18, 1924; decided January 21, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial

department, entered June 30, 1924, which affirmed a determination of the Appellate Term affirming a judgment of the Municipal Court of the city of New York in favor of plaintiff. The action was to recover damages growing out of the alleged improper construction by the defendant of a house and garage upon premises contracted by the defendant to be erected and sold to the plaintiff in Queens county, near Astoria, N. Y. The complaint alleged breach of contract by the defendant in that the said garage when constructed had neither fireproof walls nor ceiling, nor was the said garage constructed in accordance with the terms and conditions of the said contract, nor was the said garage approved as a fireproof garage by the building department of the city of New York or the board of fire underwriters of the city of New York.

*I. T. Flatto* for appellant.

*George H. Francoeur* and *Thomas C. Larkin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: MCLAUGHLIN, J.

---

THE GENERAL COMMERCIAL COMPANY, LTD., OF THE UNITED STATES, Respondent, *v.* NATHAN COLEMAN et al., Copartners under the Firm Name of COLEMAN & COMPANY, Appellants.

*Contract — sale — action to recover for goods sold and delivered — counterclaim for damage arising from failure to deliver in accordance with contract — reply that delivery was prevented by strikes and fire.*

*General Commercial Co., Ltd., of U. S.* v. *Coleman,* 208 App. Div. 803, affirmed.

(Argued December 18, 1924; decided January 21, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 4, 1924, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for goods sold and delivered under a contract whereby plaintiff agreed to sell and